# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In re: ENGLAND, HYANG S.　　　　　　　　　§　Case No. 12-30492
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 07, 2012.  The undersigned trustee was appointed on February 07, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　　$　　　23,667.00

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 14,126.44 |
| Administrative expenses | 3,613.78 |
| Bank service fees | 359.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]　$ | 5,567.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/30/2012 and the deadline for filing governmental claims was 08/07/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,116.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $2,440.70 as interim compensation and now requests the sum of $676.00, for a total compensation of $3,116.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $76.58 and now requests reimbursement for expenses of $0.00, for total expenses of $76.58.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/08/2014          By: /s/Ruth A Slone
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-30492　　**Trustee:** (550060) Ruth A Slone
**Case Name:** ENGLAND, HYANG S.　　**Filed (f) or Converted (c):** 02/07/12 (f)
　　**§341(a) Meeting Date:** 04/05/12
**Period Ending:** 05/08/14　　**Claims Bar Date:** 08/30/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Fifth Third - Checking Account<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Fifth Third - Savings Account in banks, savings<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Washer & Dryer audio, video, and computer<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous clothing<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | JP Morgan IRA defined in 26 U.S.C. 530(b)(1) o<br>Imported from original petition Doc# 1 | 5,573.02 | 0.00 | | 0.00 | FA |
| 6 | Sunny's Beauty & More, LLC and unincorporated bu<br>Imported from original petition Doc# 1 | 0.00 | 21,417.00 | | 21,417.00 | FA |
| 7 | Anzhelika Bagashvili and David Beridze<br>Imported from original petition Doc# 1 | 89,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2006 Mazda X3 60,000<br>Imported from original petition Doc# 1 | 10,250.00 | 2,250.00 | | 2,250.00 | FA |
| 9 | 3 Commerical Freezers 5 Registers Deep Fryer Ice<br>Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets　Totals** (Excluding unknown values) | **$116,573.02** | **$23,667.00** | | **$23,667.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　1-28-13　Order approving sale of debtor's interest in her business entered 1-10-13. Five thousand expected by 2-1-13, with remaining payments of $965.70 for seventeen months, beginning 3-13 and ending 10-14. Mazda equity to be noticed by 2-15-13. Mazda noticed 2-4-13 and order entered 3-7-13
　　11-1-13 intent to file interim final report
　　12-30-13 Interim distribution made 12-23-13, expect final pay by 5/14, Final Report within 45 days.

**Initial Projected Date Of Final Report (TFR):**　　November 1, 2012　　**Current Projected Date Of Final Report (TFR):**　　July 30, 2014

_____　　　　　　　　　　　　　　/s/ Ruth A Slone
May 8, 2014　　　　　　　　　　　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　　　　　　Ruth A Slone

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-30492  
**Case Name:** ENGLAND, HYANG S.  

**Taxpayer ID #:** **-***1818  
**Period Ending:** 05/08/14  

**Trustee:** Ruth A Slone (550060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******72-66 - Checking Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/12 | {8} | HYANG ENGLAND | equity buyout of vehicle | 1129-000 | 2,250.00 | | 2,250.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,225.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,200.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,175.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,150.00 |
| 01/03/13 | 101 | RUTH SLONE | trustee expense bond | 2200-000 | | 1.38 | 2,148.62 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001055006088 20130117 | 9999-000 | | 2,148.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,250.00 | 2,250.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,148.62 | |
| | | | **Subtotal** | | 2,250.00 | 101.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,250.00** | **$101.38** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-30492  
**Case Name:** ENGLAND, HYANG S.  
**Taxpayer ID #:** **-***1818  
**Period Ending:** 05/08/14  

**Trustee:** Ruth A Slone (550060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,148.62 | | 2,148.62 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,138.62 |
| 02/04/13 | {6} | HYANG S ENGLAND LLC | EQUITY IN BUSINESS INTEREST | 1129-000 | 5,965.70 | | 8,104.32 |
| 02/13/13 | {6} | HYANG ENGLAND | EQUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 9,070.02 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.09 | 9,059.93 |
| 03/12/13 | {6} | HYANG ENGLAND | EQUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 10,025.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.28 | 10,012.35 |
| 04/15/13 | {6} | HYANG ENGLAND | EUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 10,978.05 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.96 | 10,962.09 |
| 05/16/13 | {6} | HYANG ENGLAND | EQUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 11,927.79 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.79 | 11,911.00 |
| 06/14/13 | {6} | HYANG ENGLAND | EQUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 12,876.70 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.49 | 12,860.21 |
| 07/16/13 | {6} | England, Hyang | EQUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 13,825.91 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.99 | 13,804.92 |
| 08/16/13 | {6} | HYANG ENGLAD | EQUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 14,770.62 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.31 | 14,750.31 |
| 09/17/13 | {6} | HYANG ENGLAND | EQUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 15,716.01 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.97 | 15,695.04 |
| 10/09/13 | {6} | HYANG ENGLAND | EQUITY IN BUSINESS INTEREST | 1129-000 | 965.70 | | 16,660.74 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.80 | 16,634.94 |
| 11/15/13 | {6} | ENGLAND, HYANG | EQUITY IN BUSINESS | 1129-000 | 965.70 | | 17,600.64 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.79 | 17,577.85 |
| 12/13/13 | 10102 | Ruth A Slone | trustee compensation | 2100-000 | | 2,440.70 | 15,137.15 |
| 12/13/13 | 10103 | RUTH SLONE | trustee expenses | 2200-000 | | 67.80 | 15,069.35 |
| 12/23/13 | {6} | HYANG ENGLAND | EQUITY IN BUSINESS | 1129-000 | 965.70 | | 16,035.05 |
| 12/23/13 | 10104 | Ruth A Slone | trustee compensation Voided on 12/23/13 | 2100-000 | | 2,440.70 | 13,594.35 |
| 12/23/13 | 10104 | Ruth A Slone | trustee compensation Voided: check issued on 12/23/13 | 2100-000 | | -2,440.70 | 16,035.05 |
| 12/23/13 | 10105 | RUTH SLONE | trustee expenses Voided on 12/23/13 | 2200-000 | | 67.80 | 15,967.25 |
| 12/23/13 | 10105 | RUTH SLONE | trustee expenses Voided: check issued on 12/23/13 | 2200-000 | | -67.80 | 16,035.05 |
| 12/23/13 | 10106 | Internal Revenue Service | claims of governmental units | 5800-000 | | 14,126.44 | 1,908.61 |
| 12/31/13 | 10107 | Ruth A Slone | BOND PREMIUM PAYMENT ON LEDGER | 2200-000 | | 7.40 | 1,901.21 |

Subtotals: $18,737.02  $16,835.81

{} Asset reference(s)

Printed: 05/08/2014 10:27 AM  V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-30492  
**Case Name:** ENGLAND, HYANG S.  
**Taxpayer ID #:** **-***1818  
**Period Ending:** 05/08/14  

**Trustee:** Ruth A Slone (550060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/31/2013 FOR CASE #12-30492, 2014 bond renewal | | | | |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.19 | 1,875.02 |
| 01/11/14 | 10108 | Lee Slone | attorney for trustee fees | 3110-000 | | 1,096.50 | 778.52 |
| 01/16/14 | {6} | ENGLAND, HYANG | EQUITY IN BUSINESS | 1129-000 | 965.70 | | 1,744.22 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,734.22 |
| 02/17/14 | {6} | ENGLAND | BUSINESS INVENTORY | 1129-000 | 965.70 | | 2,699.92 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,689.92 |
| 03/12/14 | {6} | ENGLAND, HYANG | BUSINESS EQUITY | 1129-000 | 965.70 | | 3,655.62 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,645.62 |
| 04/08/14 | {6} | ENGLAND, HYANG | INVENTORY EQUITY | 1129-000 | 965.70 | | 4,611.32 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,601.32 |
| 05/06/14 | {6} | ENGLAND, HYANG | BUSINSESS EQUITY | 1129-000 | 965.80 | | 5,567.12 |
| | | | **ACCOUNT TOTALS** | | **23,565.62** | **17,998.50** | **$5,567.12** |
| | | | Less: Bank Transfers | | 2,148.62 | 0.00 | |
| | | | **Subtotal** | | **21,417.00** | **17,998.50** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,417.00** | **$17,998.50** | |

| | Net Receipts : | 23,667.00 |
|---|---|---|
| | Net Estate : | $23,667.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******72-66 | 2,250.00 | 101.38 | 0.00 |
| Checking # ******6766 | 21,417.00 | 17,998.50 | 5,567.12 |
| | $23,667.00 | $18,099.88 | $5,567.12 |

May 8, 2014  
_____  
Date

/s/ Ruth A Slone  
_____  
Ruth A Slone

{} Asset reference(s)     Printed: 05/08/2014 10:27 AM     V.13.15

Printed: 05/08/14 10:27 AM  Page: 1

# Claims Proposed Distribution

### Case: 12-30492  ENGLAND, HYANG S.

**Case Balance:** $5,567.12   **Total Proposed Payment:** $5,567.12   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Ruth A Slone | Admin Ch. 7 | 3,116.70 | 3,116.70 | 2,440.70 | 676.00 | 676.00 | 4,891.12 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
| A | RUTH SLONE | Admin Ch. 7 | 76.58 | 76.58 | 76.58 | 0.00 | 0.00 | 4,891.12 |
|  | <2200-00 Trustee Expenses> | | | | | | | |
| B | Lee Slone | Admin Ch. 7 | 1,096.50 | 1,096.50 | 1,096.50 | 0.00 | 0.00 | 4,891.12 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 3 | Internal Revenue Service | Priority | 46,901.02 | 46,901.22 | 14,126.44 | 32,774.78 | 4,891.12 | 0.00 |
| 1 | Midland Credit Management, Inc. | Unsecured | 304.23 | 304.23 | 0.00 | 304.23 | 0.00 | 0.00 |
| 2 | Midland Funding LLC | Unsecured | 1,060.82 | 1,060.82 | 0.00 | 1,060.82 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | Unsecured | 708.40 | 708.40 | 0.00 | 708.40 | 0.00 | 0.00 |
| 5 | US BANK N.A. | Unsecured | 5,294.04 | 5,294.04 | 0.00 | 5,294.04 | 0.00 | 0.00 |
| 6 | Capital One NA | Unsecured | 1,580.60 | 1,580.60 | 0.00 | 1,580.60 | 0.00 | 0.00 |
| 7 | eCAST Settlement Corporation | Unsecured | 823.03 | 823.03 | 0.00 | 823.03 | 0.00 | 0.00 |
|  | **Total for Case 12-30492 :** | | **$60,961.92** | **$60,962.12** | **$17,740.22** | **$43,221.90** | **$5,567.12** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $4,289.78 | $4,289.78 | $3,613.78 | $676.00 | 100.000000% |
| **Total Priority Claims :** | $46,901.02 | $46,901.22 | $14,126.44 | $4,891.12 | 40.548114% |
| **Total Unsecured Claims :** | $9,771.12 | $9,771.12 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-30492
Case Name: ENGLAND, HYANG S.
Trustee Name: Ruth A Slone

**Balance on hand:** $ 5,567.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,567.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ruth A Slone | 3,116.70 | 2,440.70 | 676.00 |
| Trustee, Expenses - RUTH SLONE | 76.58 | 76.58 | 0.00 |
| Attorney for Trustee, Fees - Lee Slone | 1,096.50 | 1,096.50 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 676.00
Remaining balance: $ 4,891.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,891.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $46,901.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | 46,901.22 | 14,126.44 | 4,891.12 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 4,891.12 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,771.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 304.23 | 0.00 | 0.00 |
| 2 | Midland Funding LLC | 1,060.82 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 708.40 | 0.00 | 0.00 |
| 5 | US BANK N.A. | 5,294.04 | 0.00 | 0.00 |
| 6 | Capital One NA | 1,580.60 | 0.00 | 0.00 |
| 7 | eCAST Settlement Corporation | 823.03 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**